## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TO BE FILED UNDER SEAL** |
| | : | |
| v. | : | 25-mj-6024 (JTQ) |
| | : | |
| ELMER CRUZ-RAMIREZ | : | |

### ORDER

This matter having been brought before the Court upon application of Alina Habba, the United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against defendant ELMER CRUZ-RAMIREZ, and for good cause shown,

IT IS on this __2nd__ day of June 2025,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint, arrest warrant, and this Order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the arrest warrant is executed, the criminal complaint, arrest warrant, and this Order be and hereby are unsealed.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE