UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JUSTIN T. QUINN |
| | : | |
| v. | : | 25-mj-6024 (JTQ) |
| | : | |
| ELMER CRUZ-RAMIREZ | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant, Elmer Cruz-Ramirez, in the above-entitled matter; and the Defendant (through counsel Andrea G. Aldana, Esq., Assistant Federal Public Defender), having opposed the motion; and the Court having conducted a detention hearing pursuant to Title 18, United States Code, Section 3142(f); and the Court having found that, upon consideration of the factors set forth in Title 18, United States Code, Section 3142(g), no condition or combination of conditions will reasonably assure the appearance of the Defendant and the safety of any other person and the community if the Defendant is released; and for good cause shown:

IT IS, therefore, on this 27th day of June, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the Defendant be detained, and that he be committed to the custody of the

Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE